## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY and XAI THAO,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Case No. 17-CV-563<br>)<br>)<br>)<br>)<br>) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among all the parties hereto, that the above-captioned matter be dismissed with prejudice.  The parties further stipulate that each party will bear its own costs of suit.

Dated: December 18, 2018

By: /s/ David Yarosh
    David Yarosh
    Yost & Baill, LLP
    2050 U.S. Bank Plaza South, 220
    South Sixth Street, Minneapolis, MN
    55402
    (612) 244-2904
    dyarosh@yostbaill.com

    *Attorney for Plaintiffs*

By: /s/ Rachel A. Remke
    Rachel A. Remke  (6309988)
    SCHIFF HARDIN LLP
    233 S. Wacker Dr., Suite 7100
    Chicago, IL   60606
    (312) 258-5648 (*t*)
    (312) 258-5600 (*f*)
    rremke@schiffhardin.com

    *Attorney for Defendant, Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on December 18, 2018, he caused the foregoing document to be electronically filed through the Court's ECF system and that service of that document on the parties was accomplished pursuant to the Court's ECF system.

/s/     Rachel A. Remke